## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
ASTRAZENECA AB, :
AKTIEBOLAGET HÄSSLE, :
ASTRAZENECA LP, and ZENECA, INC., :
              :
          Plaintiffs, :
              :
    v. : Civil Action No. 3:14-cv-04782-MLC-TJB
              :
ZYDUS PHARMACEUTICALS (USA) INC., : Hon. Mary L. Cooper, U.S.D.J.
and : Hon. Tonianne J. Bongiovanni, U.S.M.J.
CADILA HEALTHCARE LIMITED, :
              :
          Defendants. :
---------------------------------------------------------X

### CONSENT JUDGMENT

AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, and Zeneca, Inc. (as

successor-in-interest to KBI Inc. and KBI-E Inc.) (hereinafter collectively "AstraZeneca"), and

Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (hereinafter collectively

"Zydus"), the parties in the above-captioned action, have agreed to terms and conditions

representing a negotiated settlement of this action and have set forth those terms and conditions

in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective

undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in

this action as follows:

IT IS this _8_ day of ~~February~~ (MARCH), 2017:

ORDERED, ADJUDGED AND DECREED as follows:

1.     This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2.     As used in this Consent Judgment, (i) the term "Zydus Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 206296 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Zydus; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3.     Unless otherwise specifically authorized pursuant to the Settlement Agreement, Zydus, including any of its Affiliates, successors and assigns, is enjoined from infringing the AstraZeneca Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Zydus Product,.

4.     Compliance with this Consent Judgment may be enforced by AstraZeneca and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5.     This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6.      All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

_Mary L. Cooper_
Mary L. Cooper, U.S.D.J.

We hereby consent to the form and entry of this Order:


_s/John E. Flaherty_

John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

Einar Stole
Edward H. Rippey
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, D.C.  20001
(202) 662-6000

_Attorneys for AstraZeneca AB, Aktiebolaget_
_Hässle, AstraZeneca LP, and Zeneca, Inc._


_s/Joseph Nicholas Froehlich_

Joseph Nicholas Froehlich
Paul Brian Sudentas
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
(212) 415-8600

_Attorneys for Zydus Pharmaceuticals (USA)_
_Inc. and Cadila Healthcare Limited_